UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-　　　　　　　　　　　　　　　　　　　　25-CR-021 (PAE)

SHAWN RICHARDS,　　　　　　　　　　　　　SCHEDULING ORDER

                  Defendant.

------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at yesterday's conference, the Court hereby sets the following schedule and deadlines:

- The defense shall file a letter stating whether it intends to make any suppression motion, and if so, describing the basis for that motion, by **March 25, 2025**. If the defense intends to so move, it should notify the Government meaningfully in advance of March 25, 2025, such that the Government, that day, can file a letter summarizing the anticipated evidence at, and length of, a suppression hearing.

- The defendant's motion to dismiss, based on the Second Amendment, shall be filed by **April 11, 2025**.

- The Government's response to the defendant's motion to dismiss shall be filed by **April 25, 2025.**

- The next conference in this case is scheduled for **May 22, 2025 at 11 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

1

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **May 22, 2025**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 5, 2025
    New York, New York