UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
            -v-                                             :       25-CR-021 (PAE)
                                                            :
SHAWN RICHARDS,                                             :       SCHEDULING ORDER
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    Having reviewed defendant's motion to dismiss, based on the Second Amendment, Dkt. 13, and the Government's opposition, Dkt. 14, the Court schedules oral argument for **May 29, 2025** at **10 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

    SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 8, 2025
       New York, New York

1