# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 13, 2025

**By CM/ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Shawn Richards*
    **25 Cr. 21 (PAE)**

Dear Judge Engelmayer:

The parties are in receipt of the Court's Order scheduling oral argument on Shawn Richards's motion to dismiss the indictment for May 29, 2025. The parties jointly write to respectfully request that the Court reschedule the argument for May 27, 2025, due to a scheduling conflict for the Government. The parties further jointly request that the Court exclude this additional period of delay from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A). We thank the Court for its consideration of this application.

Respectfully Submitted,

/s/
Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:   AUSA Mathew Andrews

**GRANTED.** The Court reschedules oral argument on the defense's motion to dismiss the Indictment to **May 27, 2025, at 3:00 p.m.** In the interest of efficiency, the Court adjourns the separate pretrial conference scheduled for May 22, 2025; the Court will take up, at the May 27 conference, the business that had been intended for the May 22 conference. The time through May 27, 2025 is already excluded from Speedy Trial calculations as a matter of law, pursuant to 18 U.S.C. § 3161(h)(1)(D); in the interest of completeness, the Court separately excludes that time pursuant to 18 U.S.C. § 3161(h)(7)(A), to enable counsel to prepare for the May 27 conference and argument, and to accommodate counsel's schedules. The Clerk of Court is requested to terminate the motion at Dkt. No. 16.

SO ORDERED.                                5/14/2025

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge