# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 23, 2025

**By CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Shawn Richards*
      25 Cr. 021 (PAE)

Dear Judge Engelmayer,

    I write jointly with the Government to memorialize the parties' email exchange with the Court from Monday, May 19, 2025, requesting a rescheduling of the oral argument on the defense's motion to dismiss from 3:00 p.m. on Tuesday, May 27, 2025, to 11:00 a.m. on Tuesday, May 27, 2025. I thank the Court for its consideration of this time change and apologize for the delay in filing this letter.

Respectfully Submitted,

Andrew John Dalack
Assistant Federal Defender
646-315-1527

Cc:   AUSA Mathew Andrews

---

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 19.

5/27/2025

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge