UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

         -v-

SHAWN RICHARDS,

                   Defendant.

------------------------------------------------------------------X

25-CR-021 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The next conference in this case is scheduled for **June 25, 2025 at 10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.
- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **June 25, 2025**.

SO ORDERED.

Dated: May 27, 2025
      New York, New York

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge