**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara L. Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

October 15, 2025

**By CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Shawn Richards*
      25 Cr. 021 (PAE)

Dear Judge Engelmayer,

    I write to respectfully request that the Court accept my waiver of Shawn Richards's appearance at tomorrow's status conference under Rule 43(b)(3). At tomorrow's conference, the parties plan on providing the Court with an update on a pre-trial resolution and setting dates for trial and/or a change of plea. Because these are scheduling matters, Mr. Richards's appearance is not required under Rule 43. Further, because Mr. Richards lives and works in Connecticut, I intend on waiving his presence to avoid the need for him to miss work.

    I thank the Court for considering this application.

Respectfully Submitted,

*/s/ Andrew John Dalack*
Andrew John Dalack
Assistant Federal Defender
646-315-1527

Cc:   AUSA Mathew Andrews

---

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 32.

10/15/2025

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge