UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

UNITED STATES OF AMERICA,

-v-

SHAWN RICHARDS,

Defendant.

------

25 Cr. 21 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

This Order resolves a motion by defendant Shawn Richards to dismiss the Indictment.

Richards is charged in one count with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). On April 11, 2025, he moved to dismiss, contending that the Second Amendment prohibits applying that statute to a person convicted of a non-violent felony. Dkt. 13. On April 25, 2025, the Government opposed. Dkt. 14. On May 27, 2025, the Court held argument. See Dkt. 21. On June 6, 2025, the parties jointly asked the Court to reserve decision on the motion, in light of Richards's pending application to the Government for a deferred prosecution agreement ("DPA"). Dkt. 26. The Court granted that request. Dkt. 27.

At a conference held on October 16, 2025, the parties agreed that the motion to dismiss was ripe for resolution because the Government has denied Richards's DPA request, save for an internal appeal process. Tr. at 2–3. Counsel for both sides agreed that the decision in *Zherka v. Bondi*, 140 F.4th 68 (2d Cir. 2025), which issued after argument before this Court on the motion to dismiss, is controlling here, and requires denial of the motion to dismiss, insofar as it held that applying § 922(g)(1) to a person convicted of a non-violent felony does not violate the Second Amendment. Tr. at 3–7; *see Zherka*, 140 F.4th at 93. The Court accordingly denies Richards's motion. For avoidance of doubt, Richards has preserved for appellate review his claim that

*Zherka* was wrongly decided, but he has not preserved any claim that this case is materially distinct from *Zherka*.

The Clerk of Court is respectfully directed to terminate the motions pending at Dkt. 13 and Dkt. 24.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 22, 2025
       New York, New York

2