**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 21, 2025

**By CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Shawn Richards*
      25 Cr. 021 (PAE)

Dear Judge Engelmayer,

    I write on behalf of the parties to request that the Court reschedule and convert the status conference on Monday, November 24, 2025, to a change of plea hearing the week of December 8, 2025.

    Upon further discussion with the Government, the parties agree that a guilty plea by Mr. Richards does not "bar[ him] from challenging the constitutionality of the statute of conviction on direct appeal." *Class v. United States*, 583 U.S. 174, 178 (2018); *see also United States v. Alarcon Sanchez*, 972 F .3d 156, 166 n.3 (2d Cir. 2020) (noting *Class*'s holding "that a criminal defendant who enters an unconditional guilty plea may still appeal his conviction on the ground that the statute of conviction is unconstitutional," and there entertaining defendants' "as-applied and facial constitutional challenges"). Accordingly, although the parties remain available to appear on Monday, based on Mr. Richards's desire to plead guilty, the issues are now moot.[1] The parties therefore respectfully request that the Court hold a change of plea hearing the week of December 8, 2025, in lieu of Monday's conference.

---

[1] To the extent the Court wishes to proceed with Monday's appearance regardless, the defense requests leave to waive Mr. Richards's appearance under Fed. R. Crim. P. 43(b)(3) and wishes to inform the Court that Sylvie Levine will appear in undersigned counsel's stead.

I thank the Court for considering this application.

Respectfully Submitted,

_____
Andrew John Dalack
Assistant Federal Defender
646-315-1527

Cc: AUSA Mathew Andrews

**GRANTED.** The conference is adjourned until **December 15, 2025** at **12:00 pm.** The Court excludes time until that date, pursuant to 18 U.S.C. 3161(h)(7)(A), to enable the parties to complete their discussions towards as resolution. The Clerk of Court is requested to terminate the motion at Dkt. No. 39.

11/24/2025

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge