UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                         :

UNITED STATES OF AMERICA       :

                                       :

        v.                           :        Case No. 1:25-CR-00021-PAE-1

                                     :

    Shawn Richards             :
        Defendant              :

-------------------------------------------------------------X

## ORDER

**IT IS ORDERED:**  The defendant's conditions of release shall be modified to include the following:

- Not use alcohol excessively.
- Submit to testing for a prohibited substance if required by the Pretrial Services office or supervising officer.
- Participate in a program of inpatient or outpatient substance use treatment, at the discretion of the Court.

Date:  _____12/4/2025_____

_____
Paul A. Engelmayer
United States District Judge