UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA                                   :
                                                           :
            v.                                             :        Case No. 1:25-CR-00021-PAE-1
                                                           :
                                                           :
      Shawn Richards                                       :
         Defendant                                         :
                                                           :
-----------------------------------------------------------X
```

## ORDER

**IT IS ORDERED:**  The defendant's conditions of release shall be modified to include the following:

- Not use alcohol at all.

- Participate in a program of outpatient psychiatric treatment, with a focus on anger management.

Date:    3/5/2026

Paul A. Engelmayer
United States District Judge