# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 16, 2026

**By CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *United States v. Shawn Richards*
       25 Cr. 021 (PAE)

Dear Judge Engelmayer,

I write to respectfully request that the Court grant a one-day extension of the parties' respective sentencing submission deadlines in the above-captioned case, such that the defense submission would be due tomorrow, March 17, 2026, and the Government's submission would be due March 24, 2026. The Government, by AUSA Nicholas Pavlis, does not object to this application, which I am making because I require an additional day to perfect and review my sentencing submission with Mr. Richards. I thank the Court for considering this unopposed application.

Respectfully Submitted,

Andrew John Dalack
Assistant Federal Defender
646-315-1527

Cc:    AUSA Nicholas Pavlis

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 50.

3/16/2026

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge