# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 23, 2026

**By CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *United States v. Shawn Richards*
       25 Cr. 021 (PAE)

Dear Judge Engelmayer,

I write on behalf of the parties to request that the Court reschedule the sentencing hearing in the above-captioned case to May 1, 2026, at 11:00a.m., a time that the parties understand also works for the Court. The Government further requests, on consent, that the Court extend its sentencing submission deadline to April 6, 2026.

I thank the Court for considering this joint application.

Respectfully Submitted,

Andrew John Dalack
Assistant Federal Defender
646-315-1527

Cc:    AUSA Nicholas Pavlis

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 53.

SO ORDERED.                                3/24/2026

PAUL A. ENGELMAYER
United States District Judge